UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>    RICHARD W. YASCAVAGE and<br>    JULIE L. YASCAVAGE,<br>        Debtors | Chapter 13<br>Case No. 07-44322 |

## MOTION TO CONVERT CASE TO CHAPTER 7

NOW COMES, Richard W. Yascavage and Julie L. Yascavage, through Counsel, and respectfully moves this Honorable Court to allow the conversion of their Chapter 13 case to a Chapter 7.

In support of said Motion, debtors states that a voluntary petition for relief under Chapter 13 of title 11 of the United States Code was filed herein on December 12, 2007.  No order of discharge has been entered, no complaint objecting to debtors' discharge has been filed, and no complaints to determine dischargeability of any debts have been filed in this case.

WHEREFORE, the debtors request that their case be converted under Chapter 7 of Title 11 of the United States Code.

February 2, 2009

Richard W. Yascavage
Julie M. Yascavage
By their attorney,
Rosaleen J. Clayton

/s/ Rosaleen J. Clayton
BBO 652132
319A Southbridge Street
Auburn, MA 01501
(508) 832-9006
(508) 832-9112 (facsimile)